No. 86.  GRIFFIN *v.* GRIFFIN.  October 8, 1945.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.

No. 122.  FISHER *v.* UNITED STATES.  October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.  *Mr. Charles H. Houston* for petitioner.  *Acting Solicitor General Judson, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 152.  CANIZIO *v.* NEW YORK.  October 8, 1945. Petition for writ of certiorari to the County Court, Kings County, New York, granted.  Petitioner *pro se.  Mr. Henry J. Walsh* for respondent.

No. 290.  HALLIBURTON OIL WELL CEMENTING CO. *v.* WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY.  October 15, 1945.  The order of October 8, 1945, *post,* p. 740, denying the petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is vacated and the petition for writ of certiorari is granted. *Mr. Earl Babcock* for petitioner.  *Mr. Harold W. Mattingly* for respondent.

No. 187.  CHERRY COTTON MILLS, INC. *v.* UNITED STATES.  October 15, 1945.  Petition for writ of certiorari to the Court of Claims granted.  *Mr. Theodore B. Benson* for petitioner.  *Acting Solicitor General Judson* for the United States.